JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAMETRI D. MARTIN, ) | Case No.: EDCV 12-439 DSF (SPx) |
| Plaintiff, ) | |
| vs. ) | JUDGMENT |
| ISERVE SERVICING, INC., and ) DOES 1 through 50, inclusive, ) | |
| Defendants. ) | |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the case be dismissed by consent of plaintiff as evidenced by lack of opposition to a motion to dismiss,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: May 22, 2012

_____
Dale S. Fischer
United States District Judge